**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAMIAN B. MONTANO,**  )<br>            )<br>        Petitioner,  )<br>            )<br>    v.      )<br>            )<br>            )<br>**DIRECTOR, CALIFORNIA DEPT. OF**  )<br>**CORRECTIONS,**  )<br>            )<br>        Respondent.  )<br>            )<br>_____  ) | CV F 04-5993 AWI WMW HC<br><br>**ORDER ADOPTING**<br>**FINDINGS AND**<br>**RECOMMENDATIONS RE**<br>**PETITION FOR WRIT OF**<br>**HABEAS CORPUS**<br><br>[Doc. 14] |

   Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On September 19, 2006, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections were filed.

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has

conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on September 19, 2006, are a adopted in full;
2. The Petition for Writ of Habeas Corpus is denied;
3. The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   December 30, 2006**            /s/ Anthony W. Ishii
0m8i78                                                  UNITED STATES DISTRICT JUDGE